*White* and *John S. Coleman* for petitioner.  *Mr. Thomas E. Knight, Jr.*, for respondent.

No. 359. Rocco, Executrix, *v.* Lehigh Valley R. Co. October 17, 1932.  Petition for writ of certiorari to the Supreme Court of New York granted.  *Messrs. Clayton R. Lusk* and *Abraham W. Feinberg* for petitioner.  *Messrs. Howard Cobb* and *Harold E. Simpson* for respondent.

No. 379. Pennsylvania R. Co. *v.* Chamberlain, Administratrix.  October 17, 1932.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.  *Messrs. Roscoe H. Hupper, Frederic D. McKenney,* and *Morton L. Fearey* for petitioner.  *Mr. Sol Gelb* for respondent.

No. 330. McDonnell *v.* United States; and

No. 331. Truda *v.* Same.  October 24, 1932.  Petitions for writs of certiorari to the Court of Claims granted limited to the question of the validity of the waiver under § 278(e) of the Revenue Act of 1924.  *Mr. Robert Ash* for petitioners.  *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, H. Brian Holland,* and *Erwin N. Griswold* for the United States.

No. 364. St. Louis Southwestern Ry. Co. *v.* Missouri Pacific R. Co.  October 24, 1932.  Petition for writ of certiorari to the Supreme Court of Arkansas granted.  *Messrs. Harold R. Small* and *Arthur L. Adams* for petitioner.  *Messrs. Robert E. Wiley* and *Edward J. White* for

590

respondent.

No. 374. New York v. Maclay et al., Receivers, et al. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. Messrs. Charles A. Schneider and Robert P. Beyer for petitioner. Solicitor General Thacher, Assistant Attorney General Youngquist, and Messrs. Whitney North Seymour, Sewall Key, Hayner N. Larson, and Wm. H. Riley, Jr., for respondents.

No. 388. Spicer v. Smith, Special Deputy Banking Commissioner. October 24, 1932. Petition for writ of certiorari to the Court of Appeals of Kentucky granted. Messrs. Wm. Marshall Bullitt, O. H. Pollard, and Leo T. Wolford for petitioner. Mr. Jesse I. Miller for respondent.

No. 393. Federal Trade Commission v. Royal Milling Co. et al. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. Solicitor General Thacher, Assistant to the Attorney General O'Brian, and Messrs. Whitney North Seymour, Wm. G. Davis, Robert E. Healy, and Martin A. Morrison for petitioner. Mr. Thomas H. Malone for respondents.

No. 423. Levering & Garrigues Co. et al. v. Morrin et al. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted limited to the question of federal jurisdiction other than questions relating to diversity of citizenship.